DIANA KRONBERG, Respondent, *v.* EDBRO REALTY CO., INC., et al., Appellants.

(Argued March 15, 1934; decided April 17, 1934.)

*Henry P. Goulston* for appellants.

*Murray C. Becker, Gerald H. Chambers* and *Warren M. Caro* for respondent.

Judgment affirmed, with costs; no opinion. (See 264 N. Y. 670.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.